IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHANON SARGENT,

    Plaintiff,

v.

OFFICER MICHAEL; OFFICER RYAN; OFFICER OSBURN; and OFFICER WHITENMOORE,

    Defendants.

Case No. 1:23-cv-00133-YY

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge You issued a Findings and Recommendation on November 20, 2025, in which she recommends that the Court grant in part and deny in part Defendants' Motion to Dismiss. F&R, ECF No. 34. Specifically, Judge You recommends dismissing all claims against Defendants—except Plaintiff's bodily privacy claim against Defendants Michael, Ryan, and Osburn—for failure to state a claim. F&R 5. In addition, Judge You recommends denying

1 – ORDER

Defendants' Motion to Dismiss for insufficient service of process and directing Plaintiff to provide summonses, copies of the Amended Complaint, and completed USM-285 Forms to the Clerk's Office within twenty-one days so that Plaintiff has another opportunity to serve Defendants Michael, Ryan, and Osburn. F&R 5. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [34]. Accordingly, Defendants' Motion to Dismiss [22] is GRANTED IN PART and DENIED IN PART. Defendants' Motion is granted in that all claims are dismissed except Plaintiff's claim for bodily privacy against Defendants Michael, Ryan, and Osburn. And Defendants' Motion is denied so that Plaintiff has another opportunity to serve Defendants Michael, Ryan, and Osburn. Plaintiff is directed to provide summonses, copies of the Amended Complaint, and completed USM-285 Forms to the Clerk's Office within twenty-one (21) days of this Order.

IT IS SO ORDERED.

DATED this  11th  day of February, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER